**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-20030-CR-RUIZ**

**UNITED STATES OF AMERICA**

**v.**

**MARK STEVEN BALBIRER,**

**Defendant.**
_______________________________________/

**JOINT STIPULATION REGARDING RESTIUTION**
**AND MOTION TO AMEND JUDGMENT**

The United States of America and the Defendant, Mark Steven Balbirer, hereby stipulate and agree that the total amount of restitution to be ordered in this case is $1,142,305.00. Instructions as to how to make payments will be provided to the Defendant by the United States Probation Office.

The United States and the Defendant respectfully request that the Court amend the judgment, *see* [ECF No. 40], to include a restitution order as stipulated herein.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: */s/ Jacob Koffsky*
Jacob Koffsky
Assistant United States Attorney
99 NE 4th Street
Miami, Florida 33132
305-961-9386
Jacob.Koffsky@usdoj.gov
Florida Bar. No. 1018115

## LOCAL RULE 88.9(a) CERTIFICATE OF CONFERRAL

**I HEREBY CERTIFY** that on February 24, 2026, the Government conferred with counsel for Defendant Danielle Richardson regarding the instant Motion, pursuant to Southern District of Florida Local Rule 88.9(a). Defense counsel indicated that the Defendant does not oppose the relief sought.

*s/ Jacob Koffsky*
Jacob Koffsky
Assistant United States Attorney

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 25, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record.

*/s/ Jacob Koffsky*
Jacob Koffsky
Assistant United States Attorney